IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICK MADSEN,

    Plaintiff,

v.

SUE E. RISENHOOVER, et al.,

    Defendants.

No. C 09-05457 SBA (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

    Plaintiff, a state prisoner, filed the present pro se prisoner complaint under 42 U.S.C. § 1983. On that same date the Clerk of the Court sent a notice to Plaintiff, informing him that his action could not go forward until he paid the filing fee or filed a completed prisoner's in forma pauperis application. The Clerk sent Plaintiff a blank in forma pauperis application and told him that he must pay the fee or return the completed application within thirty days or his action would be dismissed. More than thirty days have passed and Plaintiff has not paid the filing fee, returned the in forma pauperis application or otherwise communicated with the Court.

    Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Court has rendered its final decision on this matter; therefore, this Order TERMINATES Plaintiff's case. The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

DATED: December 18, 2009

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\CR.09\Madsen5457.DisIFP.wpd

1 UNITED STATES DISTRICT COURT

2 FOR THE

3 NORTHERN DISTRICT OF CALIFORNIA

6 RICK MADSEN,                                                                    Case Number: CV09-05457 SBA

7           Plaintiff,                                                                             **CERTIFICATE OF SERVICE**

8   v.

9 SUE E. RISENHOOVER et al,

10           Defendant.                                                    /

12 I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

13 That on December 21, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rick Madsen E10400
5905 Lake Earl Drive
Crescent City, CA 95531

Dated: December 21, 2009

                                                                      Richard W. Wieking, Clerk
                                                                      By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.09\Madsen5457.DisIFP.wpd                    2