**United States District Court**
For the Northern District of California

1

2

3

4

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

5     RICK MADSEN,                              No. C 09-05457 SBA (PR)

6                    Plaintiff,                 **NOTICE REGARDING INABILITY TO
                                                SERVE DEFENDANT WAHIDULAH**

7        v.

8     SUE E. RISENHOOVER, et al.,

9                    Defendants.
      _____/

10

11          Service has been ineffective on Defendant W. Wahidulah.  The Court has been informed that

12   the Litigation Coordinator at Pelican Bay State Prison was "unable to locate this person for service."

13   (Apr. 8, 2011 Letter from Litigation Coordinator Celeste Schiffner at 1.)

14          While Plaintiff may rely on service by the United States Marshal, "a plaintiff may not remain

15   silent and do nothing to effectuate such service.  At a minimum, a plaintiff should request service

16   upon the appropriate defendant and attempt to remedy any apparent defects of which [he] has

17   knowledge."  Rochon v. Dawson, 828 F.2d 1107, 1110 (5th Cir. 1987).  If the marshal is unable to

18   effectuate service and the plaintiff is so informed, the plaintiff must seek to remedy the situation or

19   face dismissal of the claims regarding that defendant under Federal Rule of Civil Procedure 4(m).

20   See Fed. R. Civ. P. 4(m) (providing that if service of the summons and complaint is not made upon a

21   defendant in 120 days after the filing of the complaint, the action must be dismissed without

22   prejudice as to that defendant absent a showing of "good cause"); see also Walker v. Sumner, 14

23   F.3d 1415, 1421-22 (9th Cir. 1994) (prisoner failed to show cause why prison official should not be

24   dismissed under Rule 4(m) because prisoner did not prove that he provided marshal with sufficient

     information to serve official).

25          No later than **thirty (30) days** from the date of this Order, Plaintiff must provide the Court

26   with a current address for Defendant Wahidulah.  Plaintiff should review the federal discovery rules,

27   Rules 26-37 of the Federal Rules of Civil Procedure, for guidance about how to determine the

28

1   current address of this Defendant.

2         **If Plaintiff fails to provide the Court with the current address of Defendant Wahidulah**

3   **within the thirty-day deadline, all claims against this Defendant will be dismissed without**

4   **prejudice under Rule 4(m).**

5         IT IS SO ORDERED.

6   DATED:  _____6/13/11_____          _Saundra B Armstrong_____

7                                                 SAUNDRA BROWN ARMSTRONG
                                                  United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

1    UNITED STATES DISTRICT COURT
     FOR THE
2    NORTHERN DISTRICT OF CALIFORNIA

3

4    RICK MADSEN,
                                                Case Number: CV09-05457 SBA
                    Plaintiff,
5                                               **CERTIFICATE OF SERVICE**

6      v.

     SUE E. RISENHOOVER et al,
7

8                   Defendant.
     _____/

9

10   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
     Court, Northern District of California.

11
     That on June 15, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said
12   copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
     envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
     located in the Clerk's office.

13

14

15   Rick  Madsen E10400
16   Pelican Bay State Prison
     5905 Lake Earl Drive
17   Crescent City,  CA 95531

18   Dated: June 15, 2011

19                                               Richard W. Wieking, Clerk
                                                 By: LISA R CLARK, Deputy Clerk

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California