1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                              OAKLAND DIVISION

11

12

13   **RICK MADSEN,**                          C 09-5457 SBA (PR)

                                     Plaintiff,   **ORDER GRANTING DEFENDANTS'**
14                                              **REQUEST TO CHANGE DATE TO**
                                                **COMPLETE SETTLEMENT**
15           **v.**                             **CONFERENCE**

16   **RISENHOOVER, et al.,**

17                                   Defendants.

18

19        Defendants filed a request for extension of the deadline to complete the settlement

20   conference of ninety days from the current deadline, up to and including September 27, 2011.

21        The Court has read and considered Defendant's request and the accompanying declaration

22   of counsel, and finds good cause exists to grant the request.  Accordingly, IT IS ORDERED that

23   Defendant's request for an extension of time is GRANTED, and that the time to conduct a

24   settlement conference is extended ninety days, up to and including September 27, 2011.

25

26
     6/24/11                          _____
27                                    The Honorable Saundra B. Armstrong
                                      United States District Court Judge
28

                                          1

1   UNITED STATES DISTRICT COURT
FOR THE
2   NORTHERN DISTRICT OF CALIFORNIA

3

RICK MADSEN,
4

            Plaintiff,
5

   v.
6

SUE E. RISENHOOVER et al,
7

            Defendant.
8   _____/

9
                                 Case Number: CV09-05457 SBA
10
                             **CERTIFICATE OF SERVICE**
11

12   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
Court, Northern District of California.
13

That on June 28, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said
14   copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing
said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery
15   receptacle located in the Clerk's office.

16

17

18   Rick  Madsen E10400
Pelican Bay State Prison
19   5905 Lake Earl Drive
Crescent City,  CA 95531
20

Dated: June 28, 2011
21
                         Richard W. Wieking, Clerk
22                         By: LISA R CLARK, Deputy Clerk

23

24

25

26

27

28

[Proposed] Order Granting Defs.' Req. Continue Sett. Conf. Deadline    (C 09-5457 SBA (PR))