IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICK MADSEN,** <br><br> Plaintiff, <br><br> v. <br><br> **RISENHOOVER, et al.,** <br><br> Defendants. | C 09-5457 SBA (PR) <br><br> **ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION; DIRECTING PARTIES TO APPEAR AT SCHEDULED SETTLEMENT CONFERENCE; AND DENYING PLAINTIFF'S MOTION TO SERVE SUMMONS ON DEFENDANT WAHIDULLAH AS MOOT** <br><br> (Docket nos. 55, 57) |

Defendants filed a request for extension of time of ninety-one days, up to and including December 12, 2011, in which to file a dispositive motion. The Court has read and considered Defendants' request and the accompanying declaration of counsel, and finds good cause exists to grant the request. Accordingly, IT IS ORDERED that Defendants' request for an extension of time (docket no. 57) is GRANTED, and that the time to file a dispositive motion is extended for ninety-one days, up to and including **December 12, 2011**. Plaintiff shall have **sixty (60) days** after Defendants' motion is filed to file an opposition. Defendants shall file a reply brief within **thirty (30) days** the date Plaintiff's opposition is filed.

1

1   The settlement hearing before Magistrate Judge Nandor Vadas on September 16, 2011 at
2   10:30 AM shall take place as scheduled.  This settlement conference has already been continued
3   once; therefore, no further continuances will be granted absent exigent circumstances.
4   Because the docket shows that the Clerk of the Court sent a Notice of Lawsuit and Waiver
5   of Service of Summons to Defendant W. Wahidullah on September 6, 2011, Plaintiff's motion to
6   serve summons on this Defendant (docket no. 55) is DENIED as moot.  Counsel for the served
7   Defendants shall inform the Court whether she will also represent Defendant Wahidullah.
8   This Order terminates Docket nos. 55 and 57.

Dated: __9/8/11                                      _____
                                                     SAUNDRA BROWN ARMSTRONG
                                                     United States District Judge

2

G:\PRO-SE\SBA\CR.09\Madsen5457.grantEOT&serveWahidullah

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RICK MADSEN,

        Plaintiff,

  v.

SUE E. RISENHOOVER et al,

        Defendant.
_____/

Case Number: CV09-05457 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 9, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rick Madsen E10400
Pelican Bay State Prison
5905 Lake Earl Drive
Crescent City, CA 95531

Dated: September 9, 2011

                                 Richard W. Wieking, Clerk
                                 By: LISA R CLARK, Deputy Clerk

3

G:\PRO-SE\SBA\CR.09\Madsen5457.grantEOT&serveWahidullah