IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **RICK MADSEN,**<br><br>                                         Plaintiff,<br><br>            v.<br><br>**RISENHOOVER, et al.,**<br><br>                                         Defendants. | C 09-5457 SBA (PR)<br><br>**ORDER GRANTING DEFENDANTS' SECOND MOTION FOR EXTENSION OF TIME TO FILE SUMMARY-JUDGMENT MOTION (L.R. 6-3)**<br><br>Judge        Hon. Saundra B. Armstrong<br>Action Filed:  November 18, 2009 |

Defendants moved for a sixty-day extension of time to file their summary-judgment motion. The Court has read and considered Defendants' request and counsel's accompanying declaration, and finds that good cause exists to grant the request.

Accordingly, the Court GRANTS Defendant's request for an extension of time. Defendants' summary-judgment motion is due on February 10, 2012. Plaintiff's opposition is due sixty days after Defendants file their motion. If Defendants wish to file a reply brief, they may do so no later than thirty days after Plaintiff files his opposition.

Dated: _12/12/11                                                   _____
                                                                                  Hon. Saundra B. Armstrong
                                                                                  United States District Judge

SF2011201371

1

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RICK MADSEN,

    Plaintiff,

v.

SUE E. RISENHOOVER et al,

    Defendant.
_____/

Case Number: CV09-05457 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 13, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rick Madsen E10400
Pelican Bay State Prison
5905 Lake Earl Drive
Crescent City, CA 95531

Dated: December 13, 2011

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

20567636.docx

2

[Proposed] Order Granting Defs.' Second Mot. EOT  (C 09-5457 SBA (PR))