1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICK MADSEN,

        Plaintiff,

  v.

SUE E. RISENHOOVER, et al.,

        Defendants.

_____/

No. C 09-5457 SBA (PR)

**ORDER DENYING DEFENDANTS'**
**MOTION FOR A STAY OF DISCOVERY**

(Docket no. 79)

      Plaintiff Rick Madsen, a state prisoner incarcerated at Pelican Bay State Prison, filed this civil rights action under 42 U.S.C. § 1983.  Defendants have filed a motion for summary judgment.  Defendants have also filed a motion to stay discovery pending the resolution of their motion for summary judgment regarding the defense of qualified immunity.

      A district court has broad discretion to stay discovery pending the disposition of a dispositive motion.  See Panola Land Buyers Ass'n v. Shuman, 762 F.2d 1550, 1560 (11th Cir. 1985); Scroggins v. Air Cargo, Inc., 534 F.2d 1124, 1133 (5th Cir. 1976).

      Plaintiff alleges that Defendants were deliberately indifferent to his serious medical needs by providing inadequate medical treatment for his Hepatitis C.  The medical care Plaintiff did or did not receive as well as the circumstances surrounding such allegations are critical to determining the viability of Plaintiff's claims.  Moreover, a stay of discovery could affect Plaintiff's ability to file his opposition to Defendants' motion for summary judgment.  Furthermore, staying discovery would only further delay resolution of the case if the motion for summary judgment is denied.  Accordingly, Defendants' motion for a stay of discovery (docket no. 79) is DENIED.

      This Order terminates Docket no. 79.

      IT IS SO ORDERED.

DATED: _____2/15/12_____

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\CR.09\Madsen5457.denySTAYdiscovery.frm

1

2  UNITED STATES DISTRICT COURT
   FOR THE
3  NORTHERN DISTRICT OF CALIFORNIA

4  RICK MADSEN,
                                        Case Number: CV09-05457 SBA
5            Plaintiff,
                                        **CERTIFICATE OF SERVICE**
6    v.

7  SUE E. RISENHOOVER et al,

8            Defendant.
   _____/

9

10  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
    Court, Northern District of California.
11

12  That on February 16, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said
    copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
    envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
13  located in the Clerk's office.

14

15

16  Rick  Madsen E10400
    Pelican Bay State Prison
17  5905 Lake Earl Drive
    Crescent City,  CA 95531
18
    Dated: February 16, 2012
19
                                        Richard W. Wieking, Clerk
20                                      By: Lorene DeBose, Deputy Clerk

21

22

23

24

25

26

27

28

G:\PRO-SE\SBA\CR.09\Madsen5457.denySTAYdiscovery.frm          2