UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| RICK MADSEN,<br><br>        Plaintiff,<br><br>   v.<br><br>SUE E. RISENHOOVER, et al.,<br><br>        Defendants.<br>_____/ | No. C 4:09-5457 SBA (NJV)<br><br>ORDER RE SETTLEMENT CONFERENCE IN PRO SE PRISONER EARLY SETTLEMENT PROGRAM |

On May 14, 2013, the court received from Plaintiff a letter regarding the settlement conference scheduled in this case for June 21, 2013. In that letter, Plaintiff states that Senior District Judge Armstrong issued an order on March 29, 2013, docket no. 134, in which she appointed counsel for Plaintiff. Plaintiff is mistaken. The order in question grants in part and denies in part Defendants' motion for summary judgment. It does not appoint counsel for Plaintiff. Further, the court has reviewed the docket in this case and does not find any order appointing counsel for Plaintiff. The court has enclosed copies of the order of March 29, 2013, and the entire docket for this case for Plaintiff's review.

Accordingly, the status conference and settlement conference previously set in this case will go forward as scheduled.

IT IS SO ORDERED.

Dated: May 14, 2013

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| RICK MADSEN, | No. C 4:09-5457 SBA (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| SUE E. RISENHOOVER, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on May 14, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Rick Madsen
E10400
PO Box 7500
Pelican Bay State Prison
5905 Lake Earl Drive
Crescent City, CA 95531

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

2