UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| RICK MADSEN, | No. C 4:09-5457 SBA (NJV) |
| Plaintiff, | ORDER RE ATTENDANCE OF CDCR REPRESENTATIVE AT SETTLEMENT CONFERENCE IN PRO SE PRISONER EARLY SETTLEMENT PROGRAM |
| v. | |
| SUE E. RISENHOOVER, et al., | |
| Defendants. | |

The court has been informed that this case has been included in the pilot program recently initiated by the California State Attorney General's Office. Accordingly, the legal representative of the CDCR is HEREBY EXCUSED from attendance at both the meet and confer and the settlement conference previously ordered in this matter.

IT IS SO ORDERED.

Dated: May 17, 2013

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| RICK MADSEN,<br><br>    Plaintiff,<br><br>v.<br><br>SUE E. RISENHOOVER, et al.,<br><br>    Defendants.<br>_____/ | No. C 4:09-5457 SBA (NJV)<br><br><br><br>CERTIFICATE OF SERVICE |

I, the undersigned, hereby certify that on May 17, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Rick Madsen
E10400
PO Box 7500
Pelican Bay State Prison
5905 Lake Earl Drive
Crescent City, CA 95531

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

2