IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK MADSEN,<br><br>    Plaintiff,<br><br>v.<br><br>SUE E. RISENHOOVER, et al.,<br><br>    Defendants.<br>_____/ | No. C 09-05457 SBA (PR)<br><br>**ORDER TERMINATING PENDING MOTION AS MOOT** |

   Before the Court is Plaintiff's "Motion and Request Regarding This Court[']s Previous Order Doc. # 134 @ p. 32, N. 10."  Because the Court's Order dated May 23, 2012 has addressed this issue upon determining that no separate order appointing counsel will be issued at this time, Plaintiff's motion is TERMINATED as moot.

   This Order terminates Docket no. 156.

   IT IS SO ORDERED.

DATED:  5/30/13

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\CR.09\Madsen5457.termMOTmoot

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RICK MADSEN,

        Plaintiff,

v.

SUE E. RISENHOOVER et al,

        Defendant.

Case Number: CV09-05457 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 30, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rick Madsen E10400
Pelican Bay State Prison
P.O. Box 7500
5905 Lake Earl Drive
Crescent City, CA 95531

Dated: May 30, 2013

        Richard W. Wieking, Clerk
        By: Lisa Clark, Deputy Clerk

G:\PRO-SE\SBA\CR.09\Madsen5457.termMOTmoot    2