UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| RICK MADSEN, | No. 4:09-CV-5457 SBA (NJV) |
| Plaintiff, | ORDER RESETTING STATUS CONFERENCE IN PRO SE PRISONER EARLY SETTLEMENT PROGRAM |
| v. | |
| SUE E. RISENHOOVER, et al., | |
| Defendants. | |

Pursuant to Defense Counsel's request, the telephonic status conference set in this case for July 16, 2013, is HEREBY RESET for August 6, 2013, at 1:00 pm. The parties shall call 1-888-684-8852 and use access code 1868782. Defense Counsel shall arrange for the telephonic appearance of Plaintiff.

IT IS SO ORDERED.

Dated: July 15, 2013

_____
NANDOR J. VADAS
United States Magistrate Judge

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| RICK MADSEN, | No. 4:09-CV-5457 SBA (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| SUE E. RISENHOOVER, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on July 15, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Rick Madsen
E10400
PO Box 7500
Pelican Bay State Prison
5905 Lake Earl Drive
Crescent City, CA 95531


Litigation Coordinator Bill Barnts
Pelican Bay State Prison
PO Box 7000
Crescent City, CA 95531-7000
(by fax also)

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

2