United States District Court

For the Northern District of California

1

2

3

4

5              UNITED STATES DISTRICT COURT

6            NORTHERN DISTRICT OF CALIFORNIA

7                   EUREKA DIVISION

8

9    RICK MADSEN,                          No. 4:09-CV-5457 SBA (NJV)

10            Plaintiff,                    ORDER RESETTING STATUS
                                           CONFERENCE IN
11       v.                                PRO SE PRISONER EARLY
                                           SETTLEMENT PROGRAM
12   SUE E. RISENHOOVER, et al.,

13            Defendants.
     _____/
14

15

16       Pursuant to Defense Counsel's request, the telephonic status conference set in this case for

     July 16, 2013,is HEREBY RESET for August 6, 2013, at 1:00 pm.  The parties shall call 1-888-684-
17
     8852 and use access code 1868782.  Defense Counsel shall arrange for the telephonic appearance of
18
     Plaintiff.
19
     IT IS SO ORDERED.
20

21   Dated:  July 15, 2013

22                                         _____
                                           NANDOR J. VADAS
23                                         United States Magistrate Judge

24

25

26

27

28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

RICK MADSEN,                                         No.  4:09-CV-5457 SBA (NJV)

       Plaintiff,

    v.                                               CERTIFICATE OF SERVICE

SUE E. RISENHOOVER, et al.,

       Defendants.

_____/

     I, the undersigned, hereby certify that on July 15, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Rick Madsen
E10400
PO Box 7500
Pelican Bay State Prison
5905 Lake Earl Drive
Crescent City, CA 95531

Litigation Coordinator Bill Barnts
Pelican Bay State Prison
PO Box 7000
Crescent City, CA 95531-7000
(by fax also)

/s/  Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

2