UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| RICK MADSEN, | No. C 4:09-5457 SBA (NJV) |
|     Plaintiff, | ORDER VACATING SETTLEMENT CONFERENCE |
| v. | |
| SUE E. RISENHOOVER, et al., | |
|     Defendants. | |

The court held a status conference in this case on April 22, 2014, in which it set a settlement conference for June 27, 2014, at Solano State Prison. However, Solano State Prison is unable to accommodate the court on that date. Accordingly, the settlement conference set for June 27, 2014, is HEREBY VACATED. The settlement conference will be reset by separate order.

IT IS SO ORDERED.

Dated: May 5, 2014

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| RICK MADSEN, | No. C 4:09-5457 SBA (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| SUE E. RISENHOOVER, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on May 5, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Rick Madsen
E10400
California State Prison - Sacramento
P.O. Box 29006
Represa, CA 9567

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

2