**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| RICK MADSEN, | No. C 4:09-5457 SBA (NJV) |
| Plaintiff, | ORDER VACATING SETTLEMENT CONFERENCE, STATUS CONFERENCE AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| SUE E. RISENHOOVER, et al., | |
| Defendants. | |

On May 12, 2014, Defense Counsel filed a request to continue the settlement conference set in this case due to the unavailability of CDCR Staff Attorney S. Pyne. Good cause appearing, the request will be granted. The settlement conference set for June 18, 2014, and the status conference set for June 3, 2014, are HEREBY VACATED. The writ of habeas corpus issued May 5, 2014, for the appearance of Plaintiff at the settlement conference is likewise VACATED. The settlement conference will be reset as soon as the court's calendar permits.

IT IS SO ORDERED.

Dated: May 13, 2014

_____
NANDOR J. VADAS
United States Magistrate Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| RICK MADSEN, | No. C 4:09-5457 SBA (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| SUE E. RISENHOOVER, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on May 13, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Rick Madsen
E10400
California State Prison - Sacramento
P.O. Box 29006
Represa, CA 9567

Litigation Coordinator
California State Prison - Sacramento
P.O. Box 290027
Represa, CA 95671-0027

Litigation Coordinator
Solano State Prison
P.O. Box 4000
Vacaville, CA 95696-4000

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to

2

1 the Honorable Nandor J. Vadas