UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

RICK MADSEN,  No. C 4:09-5457 SBA (NJV)

    Plaintiff,  ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM

  v.

SUE E. RISENHOOVER, et al.,

    Defendants.
_____/

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of RICK MADSEN, inmate no. E10400, presently in custody at the California State Prison, Sacramento, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: July 16, 2014

_____
NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: Warden, California State Prison, Sacramento

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of RICK MADSEN, inmate no. E10400, in your custody in the hereinabove-mentioned institution, before the United States District Court at 450 Golden Gate, San Francisco, Courtroom D, at 2:00 pm. on September 3, 2014, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of MADSEN v.

1 RISENHOOVER, et al, and at the termination of said hearing return him forthwith to said hereinabove-
2 mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made
3 concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until
4 the termination of the proceedings for which his testimony is required in this Court;

5      Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court
6 for the Northern District of California.

8 Dated: July 16, 2014

9                    RICHARD WIEKING
                        CLERK, UNITED STATES DISTRICT COURT

11 By: Linn Van Meter 
            Administrative Law Clerk

15 Dated: July 16, 2014        _____
                          NANDOR J. VADAS
                          United States M...



**United States District Court**
For the Northern District of California

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| RICK MADSEN, | No. C 4:09-5457 SBA (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| SUE E. RISENHOOVER, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on July 16, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Rick Madsen
E10400
California State Prison - Sacramento
P.O. Box 29006
Represa, CA 95671

Litigation Coordinator
California State Prison - Sacramento
P.O. Box 290027
Represa, CA  95671-0027

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

3