UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICK MADSEN,

    Plaintiff,

  v.

SUE E. RISENHOOVER, et al.,

    Defendants.

Case No. 09-cv-05457-SBA (NJV)

**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING**

A settlement conference was held on September 3, 2014 in San Francisco, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    ( X ) Plaintiff, Pro Se

    ( ) Warden or warden's representative

    ( X ) Office of the California Attorney General, Jill O'Brien and Jay Russell

    ( X ) Other: Susan Pyne for CDCR

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    ( ) The case has been completely settled. The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

    ( ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet attached remain for this Court to resolve.

1 ( X ) The parties are unable to reach an agreement at this time.

2 **IT IS SO ORDERED.**

3 Dated: September 8, 2014



NANDOR J. VADAS
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK MADSEN,<br><br>    Plaintiff,<br><br>v.<br><br>SUE E. RISENHOOVER, et al.,<br><br>    Defendants. | Case No.  09-cv-05457-SBA   (NJV)<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 9/8/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rick  Madsen ID: E10400
California State Prison - Sacramento
P.O. Box 290066
Represa, CA 95671

Dated: 9/8/2014

Richard W. Wieking
Clerk, United States District Court

By:_____
Gloria Knudson, Deputy Clerk to the
Honorable NANDOR J. VADAS

3