UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RICK MADSEN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SUE E. RISENHOOVER, et al.,<br><br>　　　　　Defendants. | No. C 09-5457 SBA (PR)<br><br>**ORDER REFERRING PLAINTIFF TO FEDERAL PRO BONO PROJECT; AND STAYING PROCEEDINGS PENDING APPOINTMENT OF COUNSEL** |

Having determined that it would be beneficial to have counsel assist Plaintiff in this matter, and good and just cause appearing, the Court hereby REFERS the action to the Federal Pro Bono Project to secure pro bono counsel to represent Plaintiff in this action, in the manner set forth below:

(1) The Clerk of the Court shall forward to the Federal Pro Bono Project copies of: (a) this Order; (b) the docket sheet; and (c) the operative complaint (Dkt. 1), the relevant Court Orders (Dkts. 22, 134, 202), as well as the Report of Pro Se Prisoner Early Settlement Proceeding by Magistrate Judge Nandor Vadas (Dkt. 217).

(2) Upon an attorney being located to represent Plaintiff, that attorney shall be appointed as counsel for Plaintiff in this matter until further Order of the Court.

(3) The instant action is temporarily STAYED and administratively closed until the Court is informed by the Federal Pro Bono Project that counsel has been secured and appointed by the Court. Upon the appointment of counsel, the action will be reopened and a Case Management Conference will be scheduled.

IT IS SO ORDERED.

Dated: 9-30-2014

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICK MADSEN,

    Plaintiff,

v.

SUE E. RISENHOOVER, et al.,

    Defendants.

Case No.  09-cv-05457-SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 10/10/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rick  Madsen ID: E10400
California State Prison - Sacramento
P.O. Box 290066
Represa, CA 95671

Dated: 10/10/2014

Richard W. Wieking
Clerk, United States District Court

By:_____
Nikki D. Riley, Deputy Clerk to the
Honorable SAUNDRA BROWN ARMSTRONG

2