UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RICK MADSEN,<br><br>    Plaintiff,<br><br>vs.<br><br>SUE E. RISENHOOVER, et al.,<br><br>    Defendants. | No. C 09-5457 SBA (PR)<br><br>**ORDER APPOINTING COUNSEL; REOPENING ACTION; AND SETTING CASE MANAGEMENT CONFERENCE** |

Having determined that it would be beneficial to have counsel assist Plaintiff in this matter and having located volunteer counsel willing to represent Plaintiff, the Court orders as follows:

(1) **C. Andrew Kitchen (SBN 292609)** of Maynard Cooper & Gale LLP is appointed as counsel for Plaintiff in this matter, pursuant to 28 U.S.C. § 1915(e)(1) and the Court's Federal Pro Bono Project guidelines.

(2) The Clerk of the Court shall REOPEN this action, which had previously been administratively closed pending appointment of counsel.

(3) All further proceedings will be stayed for **four (4) weeks** from the date of this Order.

(4) The parties shall appear for a telephonic Case Management Conference on **Wednesday, January 7, 2015 at 2:30 p.m.**

(5) At least seven (7) calendar days prior to the Case Management Conference, the parties shall meet and confer and file a Joint Case Management Conference Statement that complies with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court. See http://www.cand.uscourts.gov/sbaorders.

(6) Plaintiff's counsel shall be responsible for filing the Joint Case Management Statement and setting up the conference call. At the date and time indicated above, Plaintiff's counsel shall call (510) 879-3550 with all parties on the line. NO PARTY

1  SHALL OTHERWISE CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR
2  AUTHORIZATION OF THE COURT.
3      (7)   The Clerk shall send a copy of this Order to Mr. Kitchen at **Cooper & Gale**
4  **LLP, 275 Battery Street, Suite 1350, San Francisco, CA 94111.**  The Clerk shall also
5  send a copy of this Order to Plaintiff and Defendants' counsel.
6      IT IS SO ORDERED.
7  Dated:  12-01-14
8  _____
   SAUNDRA BROWN ARMSTRONG
   United States District Judge

P:\PRO-SE\SBA\CR.09\Madsen5457.AppointAtty&SetCMC.docx