UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RICK MASDEN,<br><br>    Plaintiff,<br><br>  vs.<br><br>SUE E. RISENHOOVER, et al.,<br><br>    Defendants. | Case No: C 09-5457 SBA<br><br>**ORDER GRANTING JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Dkt. 226 |

Good cause appearing, the parties' joint request to continue the Case Management Conference is GRANTED. The telephonic Case Management Conference currently scheduled for January 7, 2015 is CONTINUED to February 11, 2015 at 2:30 p.m. At least seven (7) calendar days prior to the Case Management Conference, the parties shall meet and confer and file a Joint Case Management Conference Statement that complies with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court. See http://www.cand.uscourts.gov/sbaorders. Plaintiff's counsel shall be responsible for filing the Joint Case Management Statement and setting up the conference call. At the date and time indicated above, Plaintiff's counsel shall call (510) 879-3550 with all parties on the line. NO PARTY SHALL OTHERWISE CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT. This Order terminates Docket 226.

  IT IS SO ORDERED.

Dated: December 30, 2014

SAUNDRA BROWN ARMSTRONG
United States District Judge