1

2                          UNITED STATES DISTRICT COURT

3                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

4                                  OAKLAND DIVISION

5

6    RICK MASDEN,                              Case No:  C 09-5457 SBA

7            Plaintiff,                        **ORDER DENYING MOTION TO
                                               COMPEL WITHOUT PREJUDICE**
8        vs.
                                               Dkt. 228
9    SUE E. RISENHOOVER, et al.,

10           Defendants.

11

12          Counsel recently appointed to represent Plaintiff in this action has filed a motion to

13   compel.  Dkt. 228.  The motion to compel does not comport with the Court's Standing

14   Orders, which provide, in relevant part, as follows:

15              All discovery disputes will be referred to a Magistrate Judge.
                All requests for discovery relief must first be summarized in a
16              letter no longer than three pages from the party seeking relief,
                after having met and conferred. Up to twelve pages of
17              attachments may be added. The letter must be electronically
                filed as a discovery letter brief, along with the discovery dispute
18              requests and responses. The Court will then refer the matter to a
                Magistrate Judge who will advise the parties whether a
19              response, written motion or a telephone conference or court
                hearing will be required. If the dispute is resolved, timely notice
20              must be e-filed. After a Magistrate Judge has been assigned, all
                discovery disputes shall be filed pursuant to that Judge's
21              procedures.

22   Standing Orders, eff. 9/12/12 (avail. at http://cand.uscourts.gov/sbaorders).  Accordingly,

23          IT IS HEREBY ORDERED THAT:

24          1.      Plaintiff's motion to compel is DENIED without prejudice to renewal in a

25   manner consistent with the Court's Standing Orders.

26          2.      To facilitate the parties' ability to meet and confer regarding discovery issues,

27   the Court CONTINUES the telephonic Case Management Conference presently scheduled

28   for February 11, 2015, to **February 24, 2015 at 2:30 p.m.**  At least seven (7) calendar days

prior to the Case Management Conference, the parties shall meet and confer and file a Joint Case Management Conference Statement that complies with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court. See http://www.cand.uscourts.gov/sbaorders. Plaintiff's counsel shall be responsible for filing the Joint Case Management Statement and setting up the conference call. At the date and time indicated above, Plaintiff's counsel shall call (510) 879-3550 with all parties on the line.  **The parties are warned not to engage in any dilatory tactics that interfere with the Court's ability to ensure the efficient and sound administration of this action.**

IT IS SO ORDERED.

Dated:  1/23/15

SAUNDRA BROWN ARMSTRONG
United States District Judge