United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

RICK MADSEN,

        Plaintiff,

  v.

SUE E. RISENHOOVER, et al.,

        Defendants.

Case No.  09-cv-05457-SBA   (NJV)

**ORDER RE SETTLEMENT CONFERENCE**

This case is set for a settlement conference on September 24, 2015.  Counsel for Plaintiff shall contact Plaintiff's institution and arrange to have telephonic contact with Plaintiff during the settlement conference.

**IT IS SO ORDERED**.

Dated:  September 18, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge