United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK MADSEN,<br><br>           Plaintiff,<br><br>      v.<br><br>SUE E. RISENHOOVER, et al.,<br><br>           Defendants. | Case No.  09-cv-05457-SBA   (NJV)<br><br>**ORDER RE SETTLEMENT CONFERENCE** |

This case is set for settlement conference on October 30, 2015.  Counsel for Plaintiff shall contact Plaintiff's institution and arrange to have telephonic contact with Plaintiff during the settlement conference.

**IT IS SO ORDERED.**

Dated: October 19, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge