UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RICK MASDEN,<br><br>    Plaintiff,<br><br>vs.<br><br>SUE. E. RISENHOOVER, et al.,<br><br>    Defendants. | Case No:  C 09-5457 SBA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Pursuant to the request of the parties in their Joint Case Management Statement, the telephonic Case Management Conference currently scheduled for January 22, 2016 is CONTINUED to <u>March 24, 2016 at 2:30 p.m.</u>  At least seven (7) calendar days prior to the conference, the parties shall meet and confer and file a Joint Case Management Statement in accordance with Civil Local Rule 16-9.  Plaintiff's counsel shall be responsible for filing the Joint Case Management Statement and setting up the conference call.  At the date and time indicated above, Plaintiff's counsel shall call (510) 879-3550 with all parties on the line.  NO PARTY SHALL OTHERWISE CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

   IT IS SO ORDERED.

Dated:  1/14/16

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge