UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| RICK MADSEN | Case Number: 4:09-cv-05457-SBA (NJV) |
| Plaintiff, | [PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE |
| vs. | |
| SUE E. RISENHOOVER, et al., | |
| Defendant(s). | |

The Parties filed a Joint Stipulation to Continue the Further Settlement Conference currently set for January 22, 2016, to a time that will be determined at the Telephonic Status Conference set for February 23, 2016, at 1:00 pm or as otherwise permitted by the Court in its discretion.

The Court has read and considered the Parties' stipulation and finds good cause exists to grant the stipulation.  Accordingly, IT IS SO ORDERED that the Parties' stipulation is GRANTED and the Further Settlement Conference is taken off calendar until further notice.

Dated:  January  19  , 2016

_____

The Honorable Nandor J. Vadas

United States ~~District Court~~ Judge
Magistrate