UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RICK MASDEN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SUE RISENHOOVER, et al.,<br><br>　　　　Defendants. | Case No:  C 09-5457 SBA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

　　Good cause appearing, the parties' request to continue the Case Management Conference is GRANTED.  The telephonic Case Management Conference currently scheduled for April 13, 2016 is CONTINUED to <u>April 27, 2016 at 2:45 p.m.</u>  At the date and time indicated above, Plaintiff's counsel shall call (510) 879-3550 with all parties on the line.

　　IT IS SO ORDERED.

Dated:  4/12/16

　　　　　　　　　　　　　　　　　　　　　　*Saundra B Armstrong*
　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　United States District Judge