UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RICK MASDEN,<br><br>    Plaintiff,<br><br>vs.<br><br>SUE E. RISENHOOVER, et al.,<br><br>    Defendants. | Case No: C 09-5457 SBA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Good cause appearing, the parties' joint request to continue the Case Management Conference is GRANTED. Dkt. 269. The telephonic Case Management Conference currently scheduled for April 27, 2016, is CONTINUED to June 28, 2016 at 2:30 p.m. At least seven (7) calendar days prior to the Case Management Conference, the parties shall meet and confer and file a Joint Case Management Conference Statement that complies with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court. See http://www.cand.uscourts.gov/sbaorders. Plaintiff's counsel shall be responsible for filing the Joint Case Management Statement and setting up the conference call. At the date and time indicated above, Plaintiff's counsel shall call (510) 879-3550 with all parties on the line. NO PARTY SHALL OTHERWISE CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

    IT IS SO ORDERED.

Dated: 4/20/16

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge