UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| RICK MADSEN,<br><br>        Plaintiff,<br><br>   v.<br><br>SUE E. RISENHOOVER, et al.,<br><br>        Defendants. | Case No. 09-cv-05457-SBA (NJV)<br><br>**ORDER RE VIDEO SETTLEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

A settlement conference is scheduled in this case for 10:00 a.m. on May 19, 2016. The settlement conference will be conducted via video conferencing, with Counsel appearing from Courtroom D on the fifteenth floor of the United States Courthouse in San Francisco, and the Court appearing from McKinleyville.

Lead trial counsel shall appear at the settlement conference with the parties and persons having full authority to negotiate and settle the case. A person who needs to call another person not present before agreeing to any settlement does not have full authority. To the extent that such consultations are necessary, they must be made in advance of the settlement conference.

Personal attendance of a party representative will rarely be excused by the Court, and then only upon separate written application demonstrating substantial hardship served on opposing counsel and lodged as early as the basis for the hardship is known.

Plaintiff's counsel shall make arrangements with Plaintiff's institution to have private telephonic contact with Plaintiff during the course of the settlement conference. The court will provide Plaintiff's counsel with a telephone number to be used for Plaintiff to call in to the video

conference if a settlement is reached.

Confidential settlement conference statements shall be mailed or emailed (NJVpo@cand.uscourts.gov) to and received by chambers no later than May 12, 2016. The parties shall report on the outcome of their settlement discussions in their settlement conference statements.

**Any request to continue the settlement conference shall state the reason therefor and be submitted in writing as soon as possible well in advance of the scheduled conference date.** Requests to vacate the settlement referral must be made to the referring Judge, not Magistrate Judge Vadas.

The parties shall notify the undersigned's Chambers immediately at (707) 445-3612 if this case settles prior to the date set for the settlement conference.

**IT IS SO ORDERED**.

Dated: April 29, 2016

_____
NANDOR J. VADAS
United States Magistrate Judge