UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RICK MASDEN,<br><br>    Plaintiff,<br><br>    vs.<br><br>SUE E. RISENHOOVER, et al.,<br><br>    Defendants. | Case No: C 09-5457 SBA<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

Having read and considered the parties' representations set forth in their Joint Case Management Statement, the Court enters the following schedule:

| | |
|---|---|
| Plaintiff to File Motion for Reconsideration, or Alternatively, for Leave to Amend ("Motion") | 9/26/16 |
| Opposition to Motion | 10/10/16 |
| Reply in Support of Motion | 10/17/16 |
| Hearing | No oral argument per L.R. 7-1(b) |

IT IS SO ORDERED.

Dated: 7/29/16

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge